GERTRUDE T. SNODGRASS, Respondent, v. FRANK G. SNODGRASS, Appellant.—

Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.